[L. A. No. 13608. In Bank.—July 25, 1932.]

PEARL ROBISON, Respondent, v. RAYMOND P. Mc-
ALISTER et al., Defendants; BAY CITIES TRANSIT
COMPANY (a Corporation) et al., Appellants.

B. P. Gibbs and W. Jefferson Davis for Appellants.

Fogel & Beman and Orlando H. Rhodes for Respondent.

THE COURT.—Appeal from a judgment for the plaintiff
in an action for personal injuries. The facts attending
a collision between the motor-bus of the defendant corporation
and a Ford car driven by Raymond P. McAlister, a minor,
and the questions of law presented are the same as those
involved in the case of *Eva M. St. Clair* v. *Raymond P.
McAlister et al.,* (L. A. No. 13607) *ante,* p. 95 [13 Pac.
(2d) 924], this day decided, except as to the name of the
plaintiff, who was a passenger on the same bus at the time
of the collision, the extent of the injuries, and the amount
of the judgment. On the authority of that case the judg-
ment herein is affirmed.